IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DIANA K CHIN,

    Plaintiff,

v.

MICHAEL J ASTRUE,

    Defendant.

                                      /

No. C 07-01015 CRB

**ORDER RE: MOTION FOR ATTORNEY'S FEES**

Now pending before the Court is plaintiff's motion for attorney's fees. The parties are directed to meet and confer to determine if they can resolve the motion without the intervention of the Court. If they are unable to resolve the motion, defendant shall file his opposition on or before February 15, 2008.

**IT IS SO ORDERED.**

Dated: January 25, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\1015\orderrefees1.wpd